Richard G. Keizer, defendant in error, v. Riverside Building Corporation, plaintiff in error. Gen. No. 34,474.

Heard in the third division of this court for the first district at the October term, 1930. Opinion filed March 11, 1931.

Weightstill Woods, for plaintiff in error. Tenney, Harding, Sherman & Rogers, for defendant in error; S. Ashley Guthrie, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Marcellus Hamilton, appellee, v. Theola Hamilton, appellant. Gen. No. 34,487.

Heard in the third division of this court for the first district at the October term, 1930. Opinion filed March 11, 1931.

William C. Smith, for appellant. Patterson & Lilly, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

John G. Seeger et al., appellants, v. Charles E. Gruenberg et al., appellees. Gen. No. 34,526.

Heard in the third division of this court for the first district at the October term, 1930. Opinion filed March 11, 1931.

Maximilian J. St. George, for appellants. Walter S. Holden, for appellees.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Louise Butler, appellee, v. John R. Thompson Company, appellant. Gen. No. 34,129.

Heard in the third division of this court for the first district at the February term, 1930. Opinion filed March 11, 1931.

John A. Bloomingston, for appellant. Irving Breakstone and C. Helmer Johnson, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Max M. Grossman, appellant, v. Transportation Bank of Chicago, appellee. Gen. No. 34,159.

Heard in the third division of this court for the first district at the February term, 1930. Opinion filed March 11, 1931.

Samuel Grossman, for appellant. Channing L. Sentz, for appellee.

Mr. Justice Friend delivered the opinion of the court.